UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joe Perugia, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>  -against-<br><br>Mondelēz Global, LLC,<br><br>              Defendant. | Case No. 5:23-cv-69 (MAD/TWD)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

All parties to the above-captioned action stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-captioned action and all claims asserted therein be dismissed in their entirety and with prejudice, and that each party shall bear its own costs, expenses, and fees.

Dated: August 18, 2023

SHEEHAN & ASSOCIATES, P.C.

By: _/s/ Spencer Sheehan_
Spencer Sheehan
Spencer@spencersheehan.com
Katherine Lalor
KLalor@spencersheehan.com
60 Cuttermill Rd., Ste. 412
Tel: (516) 268-7080

*Counsel for Plaintiff Joe Perugia*

PERKINS COIE LLP

By: _/s/ Adam R. Mandelsberg_
Adam R. Mandelsberg, Bar No. 5237631
AMandelsberg@perkinscoie.com
1155 Avenue of the Americas, 22nd Fl.
Tel: (212) 261-6867

Jasmine W. Wetherell (*pro hac vice*)
JWetherell@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Tel: (310) 788-9900

*Counsel for Defendant Mondelēz Global, LLC*

163489900.1

IT IS SO ORDERED:

_/s/ Mae A. D'Agostino_
Mae A. D'Agostino
U.S. District Judge

Dated: _August 21, 2023_
       Albany, NY